UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

AUG 16 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION**  MDL No. 2385

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On August 8, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of August 8, 2012, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 16, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 08/16/2012

IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION                MDL No. 2385

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA EASTERN**

| CAE | 1 | 12−01106 | Monebias v. Boehringer Ingelheim Pharmaceuticals, Inc. 12·60001 DRH SCW |

**CALIFORNIA NORTHERN**

| ~~CAN~~ | ~~3~~ | ~~12−03715~~ | ~~Butner et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al~~ Opposed 08/15/12 |

**GEORGIA SOUTHERN**

| GAS | 4 | 12−00187 | Ellis et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12·6002 DRH SCW |

**KENTUCKY WESTERN**

| KYW | 5 | 12−00099 | Evans v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12·60003 DRH SCW |

**LOUISIANA EASTERN**

| LAE | 2 | 12−01389 | Jackson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12·60004 DRH SCW |
| LAE | 2 | 12−01544 | Sykes v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12·60005 DRH SCW |

**NEW JERSEY**

| NJ | 2 | 12−03808 | ARMIGER v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al 12·60006 DRH SCW |

**NEW YORK EASTERN**

| NYE | 1 | 12−02936 | Ecklund et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12·60007 DRH SCW |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 12-05458 | Swing v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60008 DRH SCW |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 1 | 12-01382 | Maxene A. Gennaro et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60009 DRH SCW |
| OHN | 5 | 12-01753 | Bullock v. Boehringer Ingelheim Pharmacueticals, Inc. et al 12-60010 DRH SCW |

**OHIO SOUTHERN**

| | | | |
|---|---|---|---|
| OHS | 1 | 12-00511 | Derrick v. Boehringer Ighelheim Pharmaceutical Inc. et al 12-60011 DRH SCW |

**SOUTH CAROLINA**

| | | | |
|---|---|---|---|
| SC | 2 | 12-01698 | Sessoms et al v. Boehringer Ingelheim Pharmaceuticals Inc et al 12-60012 DRH SCW |
| SC | 2 | 12-01921 | Martin v. Boehringer Ingelheim Pharmaceuticals Inc et al 12-60013 DRH SCW |

**TENNESSEE MIDDLE**

| | | | |
|---|---|---|---|
| TNM | 3 | 12-00605 | Giles v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60014 DRH SCW |