UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

---

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

---

**This Document Relates to:**

**ALL CASES**

## CASE MANAGEMENT ORDER NUMBER 9
### Notification to Clerk of Motions Pending in Transferred Actions

**Herndon, Chief Judge:**

      This Order applies to any and all actions hereafter transferred to MDL No. 2385 from another district court of the United States. Within fourteen (14) days of the date on which a Transfer Order is entered on the docket for MDL No. 2100, counsel for the Boehringer Defendants will provide notice to the Clerk of motions pending in cases subject to the transfer order. Notice will be provided via electronic mail to the following Court personnel:

- Deana_Brinkley@ilsd.uscourts.gov
- Caitlin_Fischer@ilsd.uscourts.gov
- Jessica_Robertson@ilsd.uscourts.gov
- Debra_Ward@ilsd.uscourts.gov

Further, Plaintiffs' Liaison Counsel, Steven Davis, SDavis@torhoermanlaw.com,

and Mark Niemeyer, niemeyer@onderlaw.com, should be copied on the electronic notice.

    **IT IS SO ORDERED.**

Digitally signed by David R. Herndon
Date: 2012.10.03 15:15:03 -05'00'

**Chief Judge**                                                               Date: October 3, 2012
**United States District Court**