UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) 3:12-md-02385-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates to:**

**ALL CASES**

## CASE MANAGEMENT ORDER NUMBER 10
### Extension of Responsive Pleading Deadlines

**Herndon, Chief Judge**

The Court hereby issues the following Order relating to the obligation of Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheim Corporation, and Boehringer Ingelheim USA Corporation (the "U.S. Defendants") to file a responsive pleading in member cases in the above-referenced action:

1.   The U.S. Defendants shall have 60 days from the entry of this Order to file responsive pleadings to any of the actions that were filed in and/or transferred to MDL No. 2385 and were subject to CMO-1, which abated all responsive pleading obligations.

2.   Absent further Order of the Court, no parties are required to file any

Response or Reply to any motions currently pending in this MDL.

3. At or before the next case management conference on November 5, 2012, Liaison Counsel for Boehringer Ingelheim Pharmaceuticals, Inc. shall advise the Court concerning a proposal for addressing Motions to Dismiss currently pending in any case transferred to MDL No. 2385.

**IT IS SO ORDERED**

Digitally signed by David R. Herndon
Date: 2012.10.05 14:04:03 -05'00'

**Chief Judge**  **Date: October 5, 2012**
**United States District Court**