UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-0235- |
| PRODUCTS LIABILITY | ) | DRH-SCW |
| LITIGATION | ) | |

_____

**This Document Relates to:**

**ALL CASES**

CASE MANAGEMENT ORDER No. 14

<u>ORDER APPOINTING STATE-FEDERAL LIAISON COUNSEL</u>

**HERNDON, Chief Judge:**

The Court hereby **APPOINTS** the following State-Federal Liaison Counsel:

**Ron Michael Meneo** as State-Federal Liaison Counsel to the cases pending in Connecticut on its Complex Litigation Docket.

**Ramon Rossi Lopez** as State-Federal Liaison Counsel to cases pending in state court in California.

**Erin Copeland** as State-Federal Liaison Counsel to the case(s) pending in state court in Illinois, in St. Clair County.

The appointment of State-Federal Liaison Counsel is of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including attorneys of the appointee's law firm, to perform the State-Federal Liaison Counsel's functions, except with prior Court approval. It is expected that State-Federal Liaison Counsel will keep this Court informed of activities in their respective state court litigation to facilitate efficiency and cooperation with this litigation.

In the event that other state court venues are conducted as coordinated litigation, the Court may appoint additional State-Federal Liaison Counsel as it deems proper.

**SO ORDERED:**

David R. Herndon
2012.10.29
10:21:53 -05'00'

**Chief Judge**  **Date:  October 29, 2012**
**United States District Court**