UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____
|||
IN RE PRADAXA ) MDL No. 2385
(DABIGATRAN ETEXILATE) ) 3:12-md-0235-DRH-SCW
PRODUCTS LIABILITY )
LITIGATION )
_____

**This Document Relates to:**

**ALL CASES**

CASE MANAGEMENT ORDER No. 18
Production Schedule for BII

**HERNDON, Chief Judge:**

After the parties met and conferred, and proposed the following schedule for BII's production schedule, the Court hereby Orders as follows:

1. Objections to Plaintiffs' First Set of Interrogatories & Requests for Production to BII
   a. BII shall serve its objections on or before **December 3, 2012**.
   b. The parties shall meet and confer concerning said objections between **December 3-7**.
   c. Any objections needing to be ruled on may be presented to the Court at the **December 13, 2012** status conference.

2. Schedule to Provide Answers to Plaintiffs' First Set of Interrogatories to BII
   a. On or before **January 17, 2013**, BII shall answer Interrogatory Nos. 1-4, 7-8, 11-14.
   b. On or before **January 24, 2013**, BII shall answer Interrogatory Nos. 5, 9, 15-20, 24-26, 59-50, 57.
   c. On or before **January 31, 2013**, BII shall answer Interrogatory Nos. 6, 10, 21-23, 27-28, 47-28, 51-56.

1

3. <u>Paper and Electronic Custodial Files</u>
   a. 19 custodians identified by BII on November 19th – and subsequently prioritized by Plaintiffs as Category "A" and "B' custodians and confirmed by letter from Beth Rose to Mikal Watts dated November 28, 2012, productions to be made as follows:
      i. by **February 8, 2013**, Category "A" Custodians
      ii. by **March 15, 2013,** Category B custodians

   b. With respect to future custodians to be identified by Plaintiffs to BII, production is to be made within sixty (60) days.

4. <u>Databases and Document/Data Electronic Storage Areas Containing Information Relating to Pradaxa</u>
   a. **By March 1, 2013,** databases and document/data electronic storage areas containing marketing and educational materials relating to PRADAXA in the possession, custody or control of BII and/or Foreign Dismissed Defendants as defined in CMO 12; however, at this time BII is under no obligation to collect databases from any other BI-affiliated entities other than those Foreign Dismissed Defendants listed in CMO 12.
   b. **By March 15, 2013,** all other databases and document/data electronic storage areas containing information relating to PRADAXA in the possession, custody or control of BII or Foreign Dismissed Defendants as defined in CMO 12; however, at this time BII is under no obligation to collect databases from any other BI-affiliated entities other than those Foreign Dismissed Defendants listed in CMO 12.

5. <u>All Other Materials Responsive to PSC's First Request for Production that Will Be Produced from Sources Other Than those Sources Identified Above</u>
   a. Any such responsive materials shall be produced by **March 15, 2013.**
   b. Notwithstanding Paragraph 5(a) herein, BII shall produce its policies of insurance providing coverage to BII, Dismissed Foreign Defendants as defined in CMO12, or BIPI, by **December 17, 2012.** Such materials shall be marked "Attorneys Eyes Only" and shall be treated by the PSC as such.

**IT IS SO ORDERED.**

Digitally signed by David R. Herndon
Date: 2012.11.29 10:59:27 -06'00'

**Chief Judge**                                         Date: November 29, 2012
**United States District Court**

3