UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                             )
IN RE: PRADAXA (DABIGATRAN     )         3:12-MD-02385-DRH-SCW
ETEXILATE) PRODUCTS LIABILITY)
LITIGATION                                        )         MDL No. 2385
                                                             )
_____ )

This Document Relates to:

All Cases

CASE MANAGEMENT ORDER NO. 20
REGARDING DEFENDANT FACT SHEETS FOR BIPI

      1.      BIPI shall serve a completed Defendant Fact Sheet ("DFS"), the form of which has been agreed to by the parties and approved by the Court, and which is attached hereto as Exhibit A, along with responsive documents, within sixty (60) days of receipt of any completed Plaintiff Fact Sheet ("PFS") for any case that is on file before this Order is duly entered.  Further, the sixty (60) day time period shall run from the date the PFS was served (for example, for any PFS that has *already* been served the sixty (60) day period has already begun to run).

      2.      For cases filed after the date of this Order, the DFS shall be due forty-five (45) days following receipt of the PFS, along with responsive documents.

      3.      The completed DFS shall be served on the attorney identified on page one of the PFS as the "Principal Attorney".  The method of service shall be the same as the method in which the PFS was served on BIPI.  Additionally, a copy of the DFS and all supporting documents shall be emailed to Plaintiffs' Lead

Counsel at PRADAXA.MDL.DFS@wgclawfirm.com or a hard copy sent to: David Watts, at Watts Guerra Craft LLP, 5250 Prue Road, Suite 525, San Antonio, Texas 78240.

4. Defendant and its counsel shall use their best efforts to serve the completed DFS on a rolling basis prior to the deadlines set forth in Paragraph 1.

5. If Defendant does not submit a DFS within the time specified in this Order, Plaintiffs may send a Notice of Overdue Discovery letter to Defendant's counsel as follows: VLodato@sillscummis.com or by mail to Vincent Lodato, Esq., Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102 ten (10) days after said deadline. Said Notice of Overdue Deficiency letter shall permit fourteen (14) days to cure the overdue DFS. In the event the completed DFS is not provided within such fourteen (14) day period, Plaintiff's counsel shall exercise all reasonable efforts to meet-and-confer with Defendant's counsel (for a period not to exceed five (5) days). If, after the meet-and-confer process, the discovery remains overdue, Plaintiff's counsel shall consult with MDL Lead/Liaison Counsel and may move for appropriate relief from the Court, which shall be on Notice filed by ECF, and permit fourteen (14) days for an opposition, if any. Plaintiffs' co-liaison shall be served (via e-mail) with a copy of all Notice of Overdue Discovery letters and copies of any and all motions under this paragraph.

6. If Plaintiff receives a DFS in the allotted time, but the DFS is not properly completed in Plaintiff's view, then Plaintiff shall send to defense counsel

(as identified in No. 5 above) a deficiency letter identifying the purported deficiencies, with a copy being contemporaneously sent to Plaintiffs' Liaison Counsel.  If Defendant believes the DFS was properly completed, the parties shall meet and confer on the issue within fourteen (14) days of defendant's receipt of such notice.  Subject to such meet and confer, Defendant shall then have twenty (20) days to serve an amended or supplemental response or advise that it is not amending/supplementing the response.

7. The admissibility of information in the DFS shall be governed by the Federal Rules and no objections are waived by virtue of any DFS response.

8. All information contained in the DFS is confidential and protected under the Protective Order (CMO 2).

**So Ordered:**

Digitally signed by David R. Herndon
Date: 2013.01.23 10:49:29 -06'00'

**Chief Judge**  **Date:  January 23, 2013**
**United States District Court**