UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

**This Document Relates to:**

**ALL CASES**

### CASE MANAGEMENT ORDER No. 21
Plaintiffs' Additional Custodial Records Requests
Served on December 28, 2012 and January 21, 2013

**Herndon, Chief Judge:**

Regarding the plaintiffs' additional custodial records requests, served on BIPI on December 28, 2012 and January 21, 2013, the Court ORDERS as follows:

1.  BIPI shall produce the complete custodial records of the individuals identified in the parties' Exhibit A on or before March 1, 2013.

2.  BIPI shall produce the complete custodial records of the individuals identified in the parties' Exhibit B on or before March 15, 2013.[1]

3.  To accommodate the production of the custodial files listed on Exhibits A and B, Amended CMO 17 is revised as follows:

---

[1] Identical versions of Exhibits A and B are in the possession of counsel for all parties, but these exhibits are not being filed in the record.

  (a)  Marketing and Educational Databases shall be produced on March 15, 2013.

  (b)  German II Custodians shall be produced on March 31, 2013.

  (c)  German III Custodians shall be produced on April 15, 2013.[2]

  (d)  T: drive shall be produced on April 15, 2013.

  (e)  Idea for Submission, I-Gen-bus and any miscellaneous items shall be produced on April 15, 2013.

**IT IS SO ORDERED.**

Digitally signed by David R. Herndon
Date: 2013.02.20 15:14:39 -06'00'

**Chief Judge**                 **Date: February 20, 2013**
**United States District Court**

---

[2] The German Custodians are identified in email between counsel for all parties, but will not be filed in the record.