**FILED**

**MAR 0 5 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION                           MDL No. 2385

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –24)

On August 8, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 883 F.Supp.2d 1355 (J.P.M.L. 2012). Since that time, 83 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of August 8, 2012, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
|---|
| Mar 04, 2013 |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
                Deputy Clerk
Date  3/5/13


IN RE: PRADAXA (DABIGATRAN ETEXILATE)  
PRODUCTS LIABILITY LITIGATION                            MDL No. 2385

### SCHEDULE CTO-24 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**ALABAMA NORTHERN**

| ~~ALN~~ | ~~5~~ | ~~13-00288~~ | ~~Cheatwood v. Boehringer Ingelheim Pharmaceuticals Inc et al~~  Vacated 03/04/2013 |

**CALIFORNIA EASTERN**                    ILSD 13-60007-DRH-SCW

| CAE | 2 | 13-00055 | McNamar et al v. Boehringer Ingelheim Pharmaceuticals Inc. et al |

**CALIFORNIA NORTHERN**                  ILSD 13-60008-DRH-SCW

| CAN | 4 | 13-00674 | Nall v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

**CALIFORNIA SOUTHERN**                  ILSD 13-60009-DRH-SCW

| CAS | 3 | 13-00395 | Wagaman et al v. Boehringer Ingelheim Pharmaceuticals, Inc. |