UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____
| | |
|---|---|
| IN RE PRADAXA ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY ) | Judge David R. Herndon |
| LITIGATION ) | |
_____

**This Document Relates to:**

**ALL CASES**

### CASE MANAGEMENT ORDER NUMBER 27
Entries of Appearance for Non-Lead and Non-Liaison Counsel
Participating in Depositions or Oral Argument

**Herndon, Chief Judge:**

The purpose of this Case Management Order is to clarify requirements pertaining to entries of appearance in the Master Docket and/or in individual member actions. The following Court Rules and Case Management Procedures are relevant:

- **Master Docket**: Pursuant to CMO No. 1, only lead and liaison counsel shall be identified in the Master Docket as being Counsel of Record for the parties in this MDL. Accordingly: (1) non-lead and non-liaison counsel may not file an entry of appearance in the Master Docket and (2) only lead and liaison counsel may file pleadings in the Master Docket.

- **Individual Member Dockets**: Lead and liaison counsel, as well as the attorney(s) filing the case on behalf of the plaintiff(s), are automatically listed as counsel of record in individual member actions. Accordingly, these attorneys are automatically permitted to file pleadings in individual member actions. Other attorneys wishing to file on behalf of a party in an individual member action, must file a written entry of appearance in that member action before filing pleadings in that member action. *See* S.D.Ill.L.R. 83.1(f).

- **Local Rule 83.1(f)**: Local Rule 83.1(f) provides, in relevant part, that all attorneys "shall file a written entry of appearance before addressing the Court." S.D.Ill.L.R. 83.1(f)

The above rules and procedures have created some confusion with regard to the necessity of and proper procedure for filing entries of appearance for non-lead and non-liaison counsel participating in depositions and/or appearing before the Court at oral argument. The Court recognizes that due to the complexity and size of this MDL, attorneys other than lead and liaison counsel will often participate in depositions and/or oral argument before the Court. Requiring an entry of appearance in the Master Docket and/or in every individual member action for these attorneys is unnecessary and would interfere with the efficiency of this litigation.  Accordingly, until further notice, the Court **ORDERS** as follows:

Those attorneys associated with and/or working with lead or liaison counsel are not required to file an entry of appearance in the Master Docket or in the individual member dockets <u>for purposes of participating in depositions or appearing before the Court at oral argument</u>.

IT IS SO ORDERED.

Digitally signed by
David R. Herndon
Date: 2013.03.08
09:55:38 -06'00'

**Chief Judge**                                                     **Date: March 8, 2013**
**United States District Court**