UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385- DRH-SCW |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2385 |

_____

**This Document Relates to:**

**ALL CASES**

CASE MANAGEMENT ORDER No. 29
ORDER MODIFYING PRIOR CASE MANAGEMENT ORDERS
TO PROVIDE BII MORE TIME
TO REQUIRED MAKE PRODUCTIONS

Regarding the request of Boehringer Ingelheim International (BII) for more time to produce documents and databases it has been ordered to produce, the Court ORDERS as follows:

1. Paragraphs (3)(d) and (3)(e) of CMO 21 (Doc. 108) are modified, and BII shall now produce the T:drive, Idea for Submission, I-gen-bus and any miscellaneous items on or before June 1, 2013.

2. Paragraph 3(b) of CMO 11 (Doc. 49) is modified as follows: The employee witness deposition period for BII and Dismissed Foreign Defendants' current and former employee witnesses shall begin June 13, 2013 and ideally conclude by December 13, 2013.

1

3. Expert designation and deposition dates are modified as follows:

   a. Paragraph E(2)(a) of CMO 28 is modified as follows: On or before January 31, 2014, Plaintiffs shall designate, pursuant to Rule 26, Fed.R.Civ.P., their expert witnesses for each of the four (4) bellwether trial cases.

   b. Paragraph E(2)(b) of Amended CMO 28 (Doc. 154) is modified as follows: On or before February 28, 2014, Defendants shall designate their expert witnesses pursuant to Rule 26, Fed.R.Civ.P.

   c. Paragraph E(2)(c) of Amended CMO 28 (Doc. 154) is modified as follows: On or before March 14, 2014, Plaintiffs shall designate any rebuttal expert witnesses, pursuant to Rule 26, Fed.R.Civ.P.

   d. Paragraph E(2)(d) of Amended CMO 28 (Doc. 154) is modified as follows: Each plaintiff expert designation shall include at least two available dates when each expert is being tendered for deposition between March 17 and April 4, 2104. Each Defendant expert designation shall include at least two available dates when each expert is being tendered for deposition between April 7 and April 25, 2014. Each plaintiff rebuttal expert designation shall include at least

two available dates when each expert is being tendered for deposition between April 28 and May 10, 2014.

e. Paragraph E(2)(e) of Amended CMO 28 (Doc. 154) is modified as follows: Depositions of expert witnesses shall take place between March 17, 2014 and May 10, 2014. It is the intention of the parties that the depositions of Plaintiffs' expert witnesses be taken before the defendants' expert witnesses, and the plaintiffs' rebuttal expert witnesses be taken after the defendants' expert witnesses.

f. Paragraph F(1) of Amended CMO 28 (Doc. 154) is modified as follows: Plaintiffs and Defendants must file and serve any summary judgment motions and any motions for partial summary judgment on or before May 15, 2014.

g. Paragraph F(3) of Amended CMO 28 (Doc. 154) is modified as follows: All *Daubert* motions shall be filed on the same day on May 15, 2014.

      h. Responses to Summary Judgment Motions and *Daubert* Motions shall be filed thirty (30) days after the motion to which it responds is filed, but no later than June 13, 2014.

SO ORDERED:

*/s/ David R. Herndon*

Digitally signed by David R. Herndon
Date: 2013.04.17 10:17:46 -05'00'

Chief Judge                                                                   April 17, 2013
United States District Judge