UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH-SCW<br>MDL No. 2385 |

This Document Relates to:

ALL CASES

## CASE MANAGEMENT ORDER NUMBER 32
Consent Order Extending Certain Responsive Pleading Deadlines

**HERNDON, Chief Judge:**

Pursuant to the stipulation and agreement of the parties regarding an extension of time for responsive pleadings, the Court Orders as follows:

Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH are granted a thirty (30) day extension to the due date for any responsive pleading presently due on or after May 6, 2013. For cases identified as Discovery Plaintiffs pursuant to CMO 28, responsive pleadings shall be filed as required by paragraph C.2 of CMO 28.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2013.05.02 15:04:24 -05'00'

**Chief Judge**
**United States District Court**

Date:  May 2, 2013