UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA<br>(DABIGATRAN ETEXILATE)<br>PRODUCTS LIABILITY<br>LITIGATION | 3:12-md-02385-DRH-SCW<br>MDL No. 2385 |

This Document Relates to:

ALL CASES

### AMENDED CASE MANAGEMENT ORDER NUMBER 32
#### Consent Order Extending Certain Responsive Pleading Deadlines
#### Striking and Replacing CMO 32 (Doc. 175)

**HERNDON, Chief Judge:**

Pursuant to the stipulation and agreement of the parties regarding an extension of time for responsive pleadings, the Court Orders as follows:

Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH are granted a sixty (60) day extension to the due date for any answer presently due on or after May 6, 2013. For cases identified as Discovery Plaintiffs pursuant to Amended CMO 28, answers shall be filed as required by paragraph C.2 of Amended CMO 28.

IT IS SO ORDERED.

Digitally signed by
David R. Herndon
Date: 2013.06.06
13:34:12 -05'00'

**Chief Judge**                                                  **Date: June 6, 2013**