UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **IN RE PRADAXA** ) | | **MDL No. 2385** |
| **(DABIGATRAN ETEXILATE)** ) | | **3:12-md-02385-** |
| **PRODUCTS LIABILITY** ) | | **DRH-SCW** |
| **LITIGATION** ) | | |

**This Document Relates to:**

**ALL CASES**

### CASE MANAGEMENT ORDER No. 37
### ORDER MODIFYING PRIOR CASE MANAGEMENT ORDERS

Pursuant to CMO 38, the Court hereby enters the following schedule for BIPI and BII's production schedule, certification of productions, and modifying pre-trial deadlines and other CMOs, and Orders as follows:

1. Paragraph G of CMO 8 is modified to require that "the updated, relevant, non-privileged, previously non-produced portions of the custodial file of that employee shall be produced 45 days in advance of the deposition of the scheduled deposition to the address specified by Plaintiffs' counsel."

2. Paragraph 3(b) of CMO 11 is modified as follows: The employee witness deposition period for BII and Dismissed Foreign Defendant current and former employee witnesses shall begin on September 9, 2013 and conclude by February 7, 2014. Further, BII witness depositions may take place without regard to completion of BIPI deponents.

3. With respect to the discovery obligations in CMO 17, Amended CMO 17 and CMO 21, BIPI shall provide a certification (attached as Exhibit A),

signed by its lead counsel, on or before July 22, 2013. This obligation includes the following custodial files:

Ahmad, Khurrum
Alexander, Margaret-Sarah
Baier, Emily
Bardsley, Andrew ("Andy")
Barrett, Christopher
Benater, Jason
Blake, Mark
Brooks, Larry
Cornejo, Sonny
Corsico, Chris
Crissey, Lara
D'Alonzo, Teri
DeLannoy, Daniel
Dzenko, Kirk
Friedman, Jeffrey
Glavan, Nada
Globeck, Barbara
Gold, Ellen
Greene, Eva-Lynne
Grossman, Eileen
Hashad, Wa'el
Johnson, Robert ("Bob")
Keller, Tricia
Keshav, Sanjay
King, Timothy
Kliewer, Michelle
Kornley, Frank
Kotsanos, Jim
Laussucq, Suzanne
Laux, Jennifer
Luik, Sabine
Mancini, Max
Menasian, Ali
Merdes, Gabriele
Morgenstern, Patricia
Moses, Anna
O'Connor, Kate
Palmer, Paula
Palmisano, Joanne MD, FACP
Pass, David
Patel, Amy
Payne, Barbara

        Ragatz, Bill
        Reidies, Heidi
        Reilly, Paul
        Revkin, Jim
        Ryan, Tim
        Schnee, Janet
        Seng, Jennifer
        Sharbrang, Shohreh
        Sitney, Karen
        Smith, John
        Sommer, Sindee
        Staak, Sheri
        Strode, Pamela
        Sullivan, Lauren
        Sullivan, Mary
        Sung, Gabe
        Szanka, Laszlo
        Towers, Sierra
        Troccol, Stephanie
        Varrone, Jeanne
        Wang, Susan
        Watson, Patricia
        Wiesler, Armin
        Wilson, Hillary

4. With respect to future custodians to be identified by Plaintiffs to BIPI, production is to be made within thirty (30) days of each request.

5. With respect to the discovery obligations in CMO 18, BII shall provide a certification (attached as Exhibit A), signed by its lead counsel, on or before July 31, 2013. This obligation includes the following custodial files:

        Bartels, Dorothee
        Boehm, Peter
        Brueckmann, Martina
        Buchberger, Robert (MD, PhD)
        Busch, Faith
        Clemens, Andreas
        Drees, Ulrich
        Dugi, Klaus
        Eberle, Siegfried

>    Firnges, Michael
>    Fonteyne, Paul
>    Hauel, Norbert
>    Heibing, Rainer
>    Heinrich-Nols, Jutta
>    Heissing, Rainer
>    Hollywood, Ed
>    Kannan, Raj
>    Korhonen, M.
>    Lewis, Mark
>    Malin, Reinhard
>    Matzen, Lisa
>    Meyer-Kleinmann, Julia C.
>    Monz, B.U.
>    Nieuwenhuis, Theo
>    Noak, Herbert
>    Plumb, Jonathan
>    Prosia, David
>    Richter, Monika
>    Rischke, Ralk
>    Roeleke, Dietman
>    Roth, Ulrich
>    Schilling, Christian
>    Schmidt, Tim
>    Schultz, Ingrid
>    van Husen, George
>    van Ryn, Joanne
>    Vogel, Ulrich
>    von Gordon, Judith
>    Zilles, Peter Sebastian

6. With respect to future custodians to be identified by Plaintiffs to BII, production of his/her file is made within forty-five (45) days of each request.

7. Paragraphs (3)(d) and (3(e) of CMO 21 are modified, and BII shall now produce the T:drive, Idea for Submission, I-Gen-bus and any miscellaneous items on or before July 22, 2013. BIPI and BII's lead counsel shall sign a certification (attached as Exhibit A), including the

description of the content of the database, on or before July 22, 2013. For all other databases, BIPI and BII's lead counsel shall sign a certification (attached as Exhibit A), including the description of the content of the database, on or before July 31, 2013. This includes the following databases:

AER Source Files
ARISg
BRAIN
BRAINS
CCDS
CCDS-CY
CCDS-M
Central Source-BI
Cereberus
Commswiki
DataVision
eRoom
eTool
G Drive
IDEA for Submission
I-gen-bus-BRAINS
I-gen-bus-Cora
I-gen-bus-Etool
IRMS
Oracle Clinical
R-gen-bus
RFP2-electronic
RFP2-paper
SAP
SAS
SAS-ADS
ShareRoom
Tempo
Vista
Z Drive

8. With respect to all productions made in the future, lead counsel for BIPI and BII shall provide a certification, signed by its lead counsel, at the time of the production, that said production is complete (attached as Exhibit A).

9. Expert designation and deposition dates are modified as follows:

   a. Paragraph E(2)(a) of CMO 28 is modified as follows: On or before February 28, 2014, Plaintiffs shall designate, pursuant to Rule 26, Fed.R.Civ.P., their expert witnesses for each of the four (4) bellwether trial cases.

   b. Paragraph E(2)(b) of CMO 28 is modified as follows: On or before March 28, 2014, Defendants shall designate their expert witnesses pursuant to Rule 26, Fed.R.Civ.P.

   c. Paragraph E(2)(c) of CMO 28 is modified as follows: On or before April 11, 2014, Plaintiffs shall designate any rebuttal expert witnesses, pursuant to Rule 26, Fed.R.Civ.P.

   d. Paragraph E(2)(e) of CMO 28 is modified as follows: Depositions of expert witnesses shall take place between April 15, 2014 and May 29, 2014.  It is the intention of the parties that the depositions of Plaintiffs' expert witnesses be taken before Defendants' expert witnesses, and Plaintiffs' rebuttal expert witnesses be taken after Defendants' expert witnesses.

   e. Paragraph F(1) of  CMO 28 is modified as follows: Plaintiffs and Defendants must file and serve any summary judgment motions and motions for partial summary judgment on or before June 6, 2014.

      f.  Paragraph F(3) of CMO 28 is modified as follows: All *Daubert* motions shall be filed by June 6, 2014.

      *g.*  Responses to Summary Judgment Motions and *Daubert* Motions shall be filed thirty (30) days after the motion to which it responds is filed, but no later than July 3, 2014.

SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2013.07.10
16:25:04 -05'00'

Chief Judge                                                          Date: July 10, 2013
United States District Judge

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| **IN RE PRADAXA** ) | | **MDL No. 2385** |
| **(DABIGATRAN ETEXILATE)** ) | | **3:12-md-02385-** |
| **PRODUCTS LIABILITY** ) | | **DRH-SCW** |
| **LITIGATION** ) | | |

**This Document Relates to:**

**ALL CASES**

### Affidavit of Completion of Document Production

1.  I Paul Schmidt/[Beth Rose] am lead counsel for Boehringer Ingelheim Pharmaceuticals Inc./[Boehringer Ingelheim International GmbH] in the Pradaxa MDL.

2.  I have made a diligent check to confirm that I have sufficient knowledge of all the processes conducted to comply with discovery obligations and CMOs entered by this Court.

3.  I make this affidavit after a reasonable inquiry as is required under Rule 26 of the Code of Civil Procedure, based on information from the personnel at the company and the vendor who are responsible for collecting paper and electronic information and applying search terms and processing and on information from LeClair Ryan, who is responsible for reviewing the documents and electronic information for responsiveness and privilege.

4.  Contemporaneous with this affidavit, BIPI/[BII] is making the production of _____ [name of custodian/name of data storage area/name of database/etc.]. I attest that to the best of my knowledge, information, and belief formed after a reasonable inquiry as described above, as follows:

This production contains all of the responsive documents and/or data located and/or identified by personnel at the company and the vendor who are responsible for collecting paper and electronic information and applying search terms and processing and by LeClair Ryan that were created on or before _____, 201__ [date to be no greater than 45 days prior to the date of production], other than documents withheld for privilege.

5. If additional responsive documents and/or data are located and/or identified, the PSC and the Court will be promptly so advised and an explanation will be given for untimely production.

_____
Paul Schmidt/ [Beth Rose], Esq.

Sworn to before me this ___ day of _____ 201__.

_____
Notary Public