UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-2385 |
| PRODUCTS LIABILITY | ) | DRH-SCW |
| LITIGATION | ) | |

_____

**This Document Relates to:**

**ALL CASES**

### CASE MANAGEMENT ORDER No. 39
### APPOINTING MEDIATOR

Pursuant to Paragraph 8 of CMO 6 and CMO 11, the Court hereby appoints John Perry as the mediator in this case. The parties are directed to comply with Paragraph 8(b) of CMO 6 and CMO 11, which provides: "beginning in August, 2013, the parties shall meet and confer at least one time per month to discuss settlement. Initial conferences may take place in person, via video conference, by telephone or by other means at the parties' discretion, provided the designated Mediator is a part of at least one such communication per month. No later than September, 2013, at least one in-person session shall have taken place at a site mutually agreed upon by the

parties. Thereafter, negotiations may continue either in person, by telephone or as agreed to by the parties and the Mediator."

**SO ORDERED:**

David R. Herndon
2013.07.15
14:10:25 -05'00'

**Chief Judge**  
**United States District Court**

Date: July 15, 2013