**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| **IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION** | **3:12-md-02385-DRH-SCW**<br><br>**MDL No. 2385** |

**This Document Relates to:**

**ALL CASES**

<u>**CASE MANAGEMENT ORDER NUMBER 47**</u>
**New Appointments - Plaintiffs' Leadership Positions**

**HERNDON, Chief Judge:**

> **I.     Plaintiffs' Leadership Counsel Appointments**

At the start of this litigation, the Court appointed Plaintiffs' Leadership Counsel. *See* Case Management Order Number 4. The order appointing Plaintiffs' Leadership Counsel provided that the appointments would expire October 31, 2013 – at which point the Court would evaluate and reappoint Leadership Counsel. In accord with Case Management Order Number 4, the Court has evaluated all of the applications submitted. Having considered these applications, together with the experience of each applicant and the Court's experience with the same, the Court appoints the following plaintiffs' counsel to leadership positions, as indicated:

**Plaintiffs' Leadership Counsel[1]**

**A. Executive Committee**

    1.  Roger Denton, Co-Lead Counsel.

    2.  Tor Hoerman, Co-Lead Counsel.

    3.  Seth Katz, Co-Lead Counsel.

    4.  Michael London, Co-Lead Counsel.

    5.  Mikal C. Watts, Co-Lead Counsel.

    6.  Clayton Clark.

    7.  Pete Flowers.

    8.  Michael Gallagher.

    9.  David Matthews.

    10.  Ned McWilliams.

    11.  Neil Overholtz

    12.  Michelle A. Parfitt

**B. Liaison Counsel**

    1.  Mark R. Niemeyer

    2.  Steven Davis

**C. Steering Committee**

    1.  Erin Copeland

    2.  Chris Cueto

---

[1]  As used herein, the term "Plaintiffs' Leadership Counsel" shall include the Executive Committee, Liaison Counsel, and the Steering Committee.

3. A.J. De Bartolomeo

4. Sarah Shoemake Doles

5. James Dugan

6. Brenda Fulmer

7. Michael Goetz

8. Ronald E. Johnson, Jr.

9. Ramon Lopez

10. Michael Lynch

11. Eric Weinberg

12. Michael Weinkowitz

13. Barry Julian[2]


**SO ORDERED**

Digitally signed by
David R. Herndon
Date: 2013.10.30
14:50:57 -05'00'

**Chief Judge**                                        **Date:  October 30, 2013**
**United States District Court**

---

[2] Barry Julian is a new appointee. The Court's decision to appoint Mr. Julian to the steering committee is based on his experience and that of his firm in mass torts litigation and further based on his representation of the work performed in this litigation.