UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

This Document Relates to: ALL CASES

CASE MANAGEMENT ORDER NUMBER 49
Production Schedule

**A. Text messages:** With regard to text messages the court orders as follows:

**(1) The 9 Additional Bellwether Custodian Deponents**: The parties have agreed to and the court orders complete production of text messages from the 9 additional bellwether custodian deponents on November 25, 2013.

**(2) The 11 Remaining Bellwether Custodian Deponents**: The PSC asked the Court to order production of the remaining 11 bellwether custodian deponents by December 2, 2013. The defendants November 26, 2013 letter to the Court indicates that text messages for all but one of these deponents have been produced and that they anticipated producing texts for the one outstanding deponent (Brett Slocum) by December 2, 2013. Thus, it appears texts for the 11 remaining bellwether custodians have already been produced. To the extent that texts for these deponents have not been produced, the Court orders complete production no later than December 9, 2013.

**(3) Bellwether Custodian Non-Deponents:** Complete production of texts for the bellwether custodian non-deponents and for the non-bellwether corporate custodians shall be completed by December 16, 2013

**(4) Non-Text Electronic Data:** Complete production of non-text electronic data from the other BIPI/BI employees shall be completed by December 16, 2013

**B. Share Rooms**: With regard to the share rooms, the court orders as follows:

Complete production of responsive information from Yammer by December 16, 2013.

1

**C. Compound Database and Project Data Mart:** With regard to the compound database and project data mart the court orders as follows:

Complete production of responsive information from compound database and project data mart by December 16, 2013.

**D. Custodial Documents from Ed Hollywood, Joanne Van Ryn, and Ana Moses**: With regard to these custodial documents the court orders as follows:

(1) The additional paper documents belonging to Ana Moses have already been produced and no order from the court is necessary.

(2) The material from Ed Hollywood and Joanne Van Ryn's IPADs shall be produced by December 31, 2013.

**E. Non-custodial Documents**: With regard to the non-custodial documents in BI's clinical operations department the court orders as follows:

The documents shall be produced by December 31, 2013.

**F. Global Pharmacokinetic Network System**: With regard to the production of the Global Pharmacokinetic Network System the court orders as follows:

The documents shall be produced by December 31, 2013.

**G. T-Drive**: With regard to the T-Drive the court orders as follows:

The current production protocol shall remain in place. The defendants will continue T-Drive productions on a rolling basis every ten days and shall utilize an enhanced number of reviewers to perform the full review. The full production shall be completed by January 31, 2014.