UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
IN RE PRADAXA                    )   MDL No. 2385
(DABIGATRAN ETEXILATE)   )   3:12-md-02385-DRH-SCW
PRODUCTS LIABILITY           )   Judge David R. Herndon
LITIGATION                          )
_____

This Document Relates to:

ALL CASES

## AMENDED CASE MANAGEMENT ORDER NUMBER 52
## Bellwether Trial Selections (Striking and Replacing CMO 52 Doc. 386)

**HERNDON, Chief Judge:**

In accord with Case Management Order Number 48 and after reviewing the parties' proposals and briefing on the matter, the Court has selected the following cases as the first four Bellwether cases:

- **First Bellwether Trial (August 11, 2014)**

    o *Suzanne Mackiewicz, on behalf of the Estate of Malachy Higgins, deceased, and Suzanne Mackiewicz, Individually v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:13-cv-50167-DRH-SCW

- **Second Bellwether Trial (November 3, 2014)**

    o *Adalaine Nancy Kohn individually and as personal representative of the Estate of Ronald Kohn, deceased, Susan Kohn, an individual, Michael Kohn, an individual, Jon Kohn, an individual by and through his legal guardian, Adalain Nancy Kohn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:13-cv-50023-DRH-SCW

- **Third Bellwether Trial (January 5, 2015)**

    o *Georgia Primus v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:13-cv-50058-DRH-SCW

- **Fourth Bellwether Trial (February 17, 2015)**[1]

    o *Helen Jean & John Edward Hawkins v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:12-cv-60021-DRH-SCW

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2014.01.25 14:35:59 -06'00'

**Chief Judge**  
**United States District Court**                                   Date: January 25, 2014

---

[1] CMO 52 contained an error with regard to the fourth trial date. Amended CMO 52 corrects that error. In addition, the fourth trial was initially scheduled to begin on February 16, 2015. February 16, 2015, is a federal holiday. Accordingly, the fourth trial is now scheduled to begin on February 17, 2015.