UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

**This Document Relates to:**

*ALL CASES*

**CASE MANAGEMENT ORDER NUMBER 54**
Rescinding CMO 50 (Doc. 320)

**HERNDON, Chief Judge:**

This matter is before the Court for case management. On December 9, 2013, the Court imposed sanctions on the defendants for discovery abuse (Doc. 320) ("CMO 50"). The defendants petitioned the Appellate Court for a writ of mandamus quashing the sanctions. On January 24, 2014, the Appellate Court issued a final judgment on the matter. In its final judgment, the Appellate Court directed the Court to rescind CMO 50. However, the Court was quite clear that the only portion of the order which was countermanded was that which directed employees of Boehringer who work in Germany and/or are German citizens to appear for depositions in the United States (Doc. 390). In all other respects the petition for writ was denied (Doc. 390 p. 6).

A new order (Amended CMO 50) will issue imminently with the provision found improper by the majority of the panel removed and in accord with the Seventh Circuit opinion and amended as determined by the Court.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2014.01.27 11:57:21 -06'00'

**Chief Judge**
**United States District Court**

Date:  January 27, 2014