UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
IN RE PRADAXA                 )         MDL No. 2385
(DABIGATRAN ETEXILATE)   )         3:12-md-02385-DRH-SCW
PRODUCTS LIABILITY        )         Judge David R. Herndon
LITIGATION                       )
_____

This Document Relates to:

ALL CASES

## SECOND AMENDED CASE MANAGEMENT ORDER NUMBER 52
### Bellwether Trial Selections
### (Striking and Replacing Amended CMO 52 Doc. 392)

**HERNDON, Chief Judge:**

In light of CMOs 60 and 61, the following Bellwether Trial Schedule is adopted by the Court. This CMO strikes and replaces Amended CMO 52 (Doc. 392).

- **First Bellwether Trial (September 8, 2014 (Jury Selection) and September 15, 2014 (Openings))**

    o *Suzanne Mackiewicz, on behalf of the Estate of Malachy Higgins, deceased, and Suzanne Mackiewicz, Individually v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:13-cv-50167-DRH-SCW

- **Second Bellwether Trial (December 1, 2014)**

    o *Georgia Primus v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:13-cv-50058-DRH-SCW

- **Third Bellwether Trial (February 17, 2015)**

    o *Adalaine Nancy Kohn individually and as personal representative of the Estate of Ronald Kohn, deceased, Susan Kohn, an individual, Michael Kohn, an individual, Jon Kohn, an individual by and through his legal guardian, Adalain Nancy Kohn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:13-cv-50023-DRH-SCW

- **Fourth Bellwether Trial (March 23, 2015)**

    o *Helen Jean & John Edward Hawkins v. Boehringer Ingelheim Pharmaceuticals, Inc., et al* Case No.: 3:12-cv-60021-DRH-SCW

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.03.05
14:43:37 -06'00'

**Chief Judge**  
**United States District Court**

Date:  March 5, 2014