UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-0235- |
| PRODUCTS LIABILITY | ) | DRH-SCW |
| LITIGATION | ) | |

This Document Relates to:
**ALL CASES**

## CASE MANAGEMENT ORDER No. 68

The Court hereby modifies CMO No. 60 as follows as it pertains to the first MDL trial:

1. Plaintiffs' expert reports are now due May 16, 2014, at 5:00 pm CDT;

2. Defendants' expert reports are now due June 9, 2014, at 5:00 p.m. CDT;

3. Plaintiffs' rebuttal expert reports are now due June 24, 2014, at 5:00 p.m. CDT;

4. Depositions of expert witnesses shall take place between June 30, 2014 and July 18, 2014. It is the intention of the parties that the depositions of Plaintiffs' expert witnesses be taken before Defendants' expert witnesses.

5. Plaintiffs and Defendants must file and serve any summary judgment motions, motions for partial summary judgment and *Daubert* motions on or before July 23, 2014.

6. Responses to Summary Judgment Motions and *Daubert* motions shall be filed thirty (30) days after the motion to which it responds is filed, but no later than August 22, 2014.

7.  The deposition of Dr. Andreas Barner is adjourned from May 13, 2014 to May 21-23, 2014. Absent extraordinary circumstances shown to this Court on or before May 12, 2014 at 1:00 p.m., this deposition shall not be continued again.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2014.05.08 13:27:05 -05'00'

Chief Judge  Date: May 8, 2014
United States District Court