UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-0235- |
| PRODUCTS LIABILITY | ) | DRH-SCW |
| LITIGATION | ) | |

_____

This Document Relates to:

**ALL CASES**

## CASE MANAGEMENT ORDER No. 69
### Regarding Production of RE-LY Discovery

The defendants, via letter brief, have requested an extension for producing RE-LY discovery. The PSC has responded. Having considered both parties' positions, the Court orders as follows:

1. The rolling production schedule proposed by the defendants in their letter brief dated May 7, 2014 is APPROVED. The materials described in the defendants May 7, 2014 letter brief shall be produced in accord with the rolling production schedule proposed therein. In approving this production schedule, the Court emphasizes that the production must be complete by May 22, 2014.

2. FURTHER, as requested by the PSC in its response, the complete production must include the following:

   a. Production of all of the relevant and responsive discovery surrounding the re-examination, including but not limited to all communications to/from defendants and any third party, as well as all emails, notes, minutes of meetings or telephone calls,

      for all individuals involved, all protocols of the reexamination, all communications with the FDA, and any other materials related to the re-examination and

    b. The names and titles of all individuals who played a role in the process, including those being interviewed by defense counsel.

3. FURTHER, the Court ORDERS the defendants to produce the patient ID number, CRFs, adjudication packages, and source files for all events subject to this reexamination. This material must be produced by May 12, 2014.

4. FURTHER, the Court will allow the PSC additional time, up to and including May 29, 2014, to review the material produced in accord with this order before advising the Court as to how much additional time the PSC experts will need to review the materials and supplement their reports. Accordingly, the PSC should advise the Court on or before May 29, 2014 regarding how much additional time it believes PSC experts will need to supplement their reports.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.05.09
17:48:07 -05'00'

**Chief Judge**                                                              **Date: May 9, 2014**
**United States District Court**