UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
IN RE PRADAXA                    )          MDL No. 2385
(DABIGATRAN ETEXILATE) )          3:12-md-0235-
PRODUCTS LIABILITY          )          DRH-SCW
LITIGATION                          )
_____This
Document Relates to:
ALL CASES

### CASE MANAGEMENT ORDER No. 70

The Court hereby modifies CMO No. 68 as follows as it pertains to the first MDL trial:

The deposition of Dr. Andreas Barner is adjourned to May 21 and 22, 2014. If a third day is needed to complete Dr. Barner's deposition, the parties will work together to select a mutually convenient date to complete the deposition. The parties agree that the deposition will be completed prior to July 1, 2014.

SO ORDERED:

*David R. Herndon*
Digitally signed by
David R. Herndon
Date: 2014.05.12
09:06:02 -05'00'

Chief Judge                                                                 Date: May 12, 2014
United States District Court