UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH-SCW<br>MDL No. 2385<br><br>Judge David R. Herndon |

This Document Relates to: All Cases

### CASE MANAGEMENT ORDER NUMBER 74

(Order Appointing Pradaxa Claimants' Negotiating Committee)

The Court, in cooperation with the state court judges, is appointing members to a Pradaxa Claimants' Negotiating Committee ("PCNC"), which is being established to:

(a) Negotiate terms of a voluntary Pradaxa Products Liability Litigation Master Settlement Agreement with counsel for the Defendants, with the assistance of mediators John Perry and Randi Ellis; and

(b) Work with the courts, the mediator, and counsel for the BI Defendants to implement said Master Settlement Agreement on behalf of Plaintiffs.

The following attorneys are hereby appointed as members of the PCNC:

Roger Denton – rdenton@uselaws.com

Tor Hoerman – THoerman@torhoermanlaw.com

Seth Katz – skatz@burgsimpson.com

Ramon Lopez – Rlopez@lopezmchugh.com

Michael London – mlondon@douglasandlondon.com

Ron Meneo – rmm@meneolawgroup.com

Hunter Shkolnik – Hunter@NapoliBern.com

Mikal Watts – mcwatts@wattsguerra.com

**SO ORDERED**

Digitally signed by
David R. Herndon
Date: 2014.05.27
20:00:27 -05'00'

**Chief Judge**                                              Date: May 27, 2014

**United States District Judge**