# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE: PRADAXA (DABIGATRAN        )          3:12-md-02385-DRH-SCW
ETEXILATE) PRODUCTS LIABILITY     )          MDL No. 2385
LITIGATION                        )
_____ )          Judge David R. Herndon

This Document Relates to: All Cases

## CASE MANAGEMENT ORDER NUMBER 75_____
### (Re: Delaware State Court cases)

On May 27, 2014, this Court appointed certain lawyers to serve as the Pradaxa Claimants' Negotiating Counsel.  One such lawyer, Hunter Shkolnik and the Napoli Bern Ripka Shkolnik LLP firm (collectively, "Hunter Shkolnik"), who filed all of his clients' cases in Delaware state court offered to serve and was so appointed.

Hunter Shkolnik agreed to pay the four percent common benefit fee and two percent common benefit expenses set forth in CMO 16, only should the settlement proceed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

1.      absent further agreement between Plaintiffs' co-lead counsel and Hunter Shkolnik, if the Master Settlement Agreement is terminated by the Defendants, then Hunter Shkolnik shall no longer be coordinated with the MDL proceedings for the purposes of any common benefit fee requirements.

2.      Should the Master Settlement Agreement not be terminated, Hunter Shkolnik has agreed, and the Defendants, absent further order of the Court, are hereby ordered to withhold four percent (4%) of the settlement amounts due to Hunter Shkolnik's clients for common benefit fees, and two percent (2%) of the settlement amounts due to Hunter Shkolnik's clients for common benefit expenses.

**SO ORDERED**

Digitally signed by
David R. Herndon
Date: 2014.05.27
20:05:50 -05'00'

**Chief Judge**                                    **Date: May 27, 2014**

**United States District Judge**