## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ) | |
| IN RE: PRADAXA (DABIGATRAN ) | 3:12-MD-02835-DRH-SCW |
| ETEXILATE) PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL No. 2385 |

**This Document Relates to:**

**ALL CASES**

### ORDER # 81
### (ORDER APPOINTING PROVIDIO LIEN COUNSEL TO ESTABLISH MEDICARE GLOBAL LIEN RESOLUTION MODEL)

Upon the Motion of the Court-appointed Pradaxa Claimants Negotiating Counsel and for good cause shown, the Court hereby **Orders** as follows:

1.     Providio Lien Counsel ("PLC"), a division of Providio MediSolutions LLC, is appointed for all consolidated matters listed above to have the exclusive authority to establish a single global resolution model to identify and resolve the Medicare reimbursement claims related to federal Medicare Parts A and B, as contemplated by the Medicare Secondary Payer Act, 42 U.S.C. § 1395y(b), related to all claimants who may receive settlements from any and all defendants arising from this litigation.

2.     Roger Denton and Steven Davis are appointed to be the representatives of the Pradaxa Claimants Negotiating Counsel to participate with PLC in any discussions with Centers for Medicare and Medicaid Services ("CMS"), and shall have the right to review and approve any decisions, including

final global reimbursement values and related operational procedures, being contemplated by PLC and CMS.

3.     PLC will provide periodic updates to Roger Denton and/or Steven Davis as well as counsel for Defendants, their affiliates, counsel and insurers regarding the global resolution model, information related to the resolution of the Pradaxa Claimants' liens, and to discuss the coordination of mandatory insurer reporting requirements with CMS under Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. § 1395y(b)(8) ("MMSEA").

**SIGNED AND ENTERED** this 28th day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.28
14:07:18 -05'00'

Chief Judge
United States District Court