**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:12-MD-02835-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates to:**

**ALL CASES**

## QUALIFIED PROTECTIVE ORDER

The individuals listed on Exhibit 3 to the Master Settlement Agreement ("Exhibit 3") have asserted claims in the above captioned action. These individuals have retained the attorney(s), Law Firms and/or Counsel, as stated in the exhibit, to represent them in the above-captioned action. Counsel agrees that they represent the individuals listed next to their names in Exhibit 3.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. By virtue of their status as appointed representatives of individuals listed on Exhibit 3, Counsel shall resolve any potential Part A and/or Part B fee for service Medicare Secondary Payer (MSP) claim(s) related to settlements, judgments, awards, or other payments associated with the above captioned

action for those individuals on Exhibit 3 that are or were Medicare beneficiaries.

**SIGNED AND ENTERED** this 28th day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.28
13:18:17 -05'00'

Chief Judge
United States District Court

2