UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | )<br>)<br>) | 3:12-MD-02835-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates to:**

**ALL CASES**

## QUALIFIED PROTECTIVE ORDER

      Counsel represents certain plaintiffs in the above captioned matter and has retained Providio Lien Counsel ("PLC"), a division of Providio MediSolutions, to identify and resolve any liens asserted by the Medicaid programs of each state and territory and of the District of Columbia (the "Single State Agencies") and where appropriate, any Other Governmental Healthcare Programs, including but not limited to: TRICARE, VA Healthcare, and Indian Health Services (the "Other Governmental Programs").  Subject to the restrictions below, this Order grants PLC the authority to provide the Single State Agencies and any private Health Plans or Insurers with a list of those Pradaxa litigation Claimants who have opted in to the Master Settlement Agreement in order to determine which of the Claimants are beneficiaries of Medicaid or other Governmental Programs. The entry of an Order compliant with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. 104-191, 42 CFR Section 431 Subpart F, titled "Safeguarding Information on Applicants

and Recipients," and other applicable privacy laws is necessary to permit the Single State Agencies or the Other Governmental Programs to transmit certain protected health information of the Claimants directly to PLC to assist in the resolution of the respective agency's or entity's interests. Accordingly, the Court being sufficiently advised, IT IS HEREBY ORDERED AS FOLLOWS:

1. This Order shall apply to all "protected health information" and "individually identifiable health information," as defined by 45 CFR §160.103, or information that is otherwise protected from disclosure by the Privacy Act, 5 U.S.C. § 551a, HIPPA, Pub. L. 104191,42 CFR Section 431 Subpart F, titled "Safeguarding Information on Applicants and Recipients," and other applicable state law, created, received or collected from Medicaid and/or Other Governmental Program Claimants by Single State Agencies or Other Governmental Programs, including, but not limited to: (a) names and addresses, dates of birth, social security numbers, Medicaid and/or Other Governmental Program identification numbers and other demographic information that identifies, or could be used to identify, Medicaid and/or Other Governmental Program-eligible Claimants; (b) eligibility and entitlement information of Medicaid and/or Other Governmental Program Claimants; (c) claims information relating to the past, present, or future healthcare of Medicaid and/or Other Governmental Program Claimants; (d) claims information relating to the provision of healthcare to Medicaid and/or Other Governmental Program Claimants; and (e) claims information relating

to the past, present, or future payment for the provision of healthcare to Medicaid and/or Other Governmental Program-eligible Claimants.

2. The Single State Agencies and Other Governmental Programs may disclose to PLC and PLC is duly authorized to receive Medicaid and/or Other Governmental Program claims and other protected health information for those Medicaid and/or Other Governmental Program-eligible Claimants in accordance with 45 CFR Section164.506(c)(4)(ii) "Uses and disclosures to carry out treatment, payment or healthcare operations" and any other applicable state law.

3. To assist in the resolution of any Medicaid and/or Other Governmental Program interests, the individual Single State Agencies and the individual Other Governmental Programs are hereby authorized and directed to transmit to PLC any information, including Medicaid and/or Other Governmental Program claims information and other protected health information, for those Medicaid and/or Other Governmental Program-eligible Claimants in the above-captioned matter against whom they have asserted liens or reimbursement claims.

4. PLC is authorized to provide a list of Claimants to the Single State Agencies and the Other Governmental Programs that have been identified as a potential lien holder of respective Claimants (collectively, "the Lists").

5. PLC shall not use or disclose any protected health information or individually identifiable health information subject to this Order for any purpose other than this litigation and the performance of its duties as

described herein. Similarly, each Single State Agency and each Other Government Program shall only use the Lists for the specific purposes identified in this Order. Each Single State Agency, and/or each Other Governmental Program shall only make the Lists available to those within its agency or organization who need access to the Lists for the specific purpose stated in this paragraph. If a Single State Agency or an Other Governmental Program identified in this Order utilizes outside vendors or companies to perform part or all of its tort recovery practices, those outside vendors or companies shall be expressly bound by all terms and conditions of this Order.

6. PLC shall maintain any protected health information or individually identifiable health information subject to this Order in a secure and safe area and shall exercise the standard of due and proper care with respect to the storage, custody, use, and/or dissemination of such protected health information required by HIPAA and other applicable privacy laws.

7. At the conclusion of this litigation, PLC shall certify to the Single State Agencies and the Other Governmental Programs that the protected health information or individually identifiable health information, including all copies made, has been destroyed.

**SIGNED AND ENTERED** this 28th day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.28
13:20:15 -05'00'

Chief Judge
United States District Court