UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                    )
IN RE: PRADAXA (DABIGATRAN          )   3:12-MD-02385-DRH-SCW
ETEXILATE) PRODUCTS LIABILITY       )
LITIGATION                          )   MDL No. 2385
_____

This Document Relates to:

ALL CASES

## CASE MANAGEMENT ORDER NUMBER 83

### Change in Funding Requirements Date under Master Settlement Agreement

Upon the oral motion and agreement of Pradaxa Claimants' Negotiating Counsel and Defendants' Negotiating Counsel, and for good cause shown, the Court hereby enters the following Order with respect to amending the Funding Requirements Date under the Master Settlement Agreement:

1.   Sections 5.8 and 6.2 of the Master Settlement Agreement currently provide that Defendants' Funding Requirements shall take place within twenty-one (21) days following the Contractually Binding Date.

2.   The parties have agreed, and this Court orders, that the Funding Requirements Date shall be amended to be September 22, 2014.

3.   Accordingly, the reference to twenty-one (21) days from the Contractually Binding Date in the Master Settlement Agreement is no longer the triggering date for Defendant's funding obligations. Rather, Defendants

shall fund the settlement, as those funding obligations are described in Section 6.2 of the Master Settlement Agreement, on or before September 22, 2014.

IT IS SO ORDERED this 26th day of August, 2014

Digitally signed by David R. Herndon
Date: 2014.08.26 13:15:57 -05'00'

Chief Judge
United States District Court