UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-MD-2385-DRH-SCW <br><br> MDL No. 2385 |
| This Document Relates to: All Cases | Judge David R. Herndon |

CASE MANAGEMENT ORDER NUMBER 85
Procedure for Filing Qualified Settlement Fund Motions

**HERNDON, District Judge:**

The following procedure shall be followed when filing motions to establish a qualified settlement fund for one or more plaintiffs:

The motion to establish a qualified settlement fund shall be filed in the relevant member action only and not in the Master Case file. Any motion for a qualified settlement fund for one or more plaintiffs and any attached "Related Cases Exhibit" may be filed under seal. If the motion to establish a qualified settlement fund applies to more than one plaintiff, the following procedure shall be followed:

1) The motion shall be filed in one and only one of the relevant member actions;

2) The motion shall include a "Related Cases Exhibit" identifying all of the relevant member actions;

3) The caption of the motion shall identify the member action in which the motion is being filed and shall indicate that the motion is also applicable to the member actions identified in the "Related Cases Exhibit."

For example, assume counsel intends to establish a qualified settlement fund for the following three member actions: (1) *Jane Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* No. 3:09-cv-XX1; (2) *Lynn Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* No. 3:09-cv-XX2; and (3) *Jennifer Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* No. 3:09-cv-XX3.

The motion for establishment of a qualified settlement fund should be filed in only one of the three member actions (not in all three). Assuming counsel chooses to file the motion in *Jane Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,*No. 3:09-cv-XX1, the motion would bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION** | ) 3:12-MD-0235-DRH-SCW ) ) MDL No. 2385 ) ) **Judge David R. Herndon** ) ) **Motion to Establish** ) **Qualified Settlement Fund** |

**This Document Relates to:**

*Jane Doe v. Boehringer Ingelheim*             No. 3:09-cv-XX1
*Pharmaceuticals, Inc., et al.*

And Related Cases (See Exhibit 1)

The "Related Cases Exhibit" (Exhibit 1) shall then identify the three individual cases to which the motion pertains.  *i.e.* (1) *Jane Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* No. 3:09-cv-XX1; (2) *Lynn Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* No. 3:09-cv-XX2; and (3) *Jennifer Doe v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* No. 3:09-cv-XX3.

4)     Upon filing any motion for a qualified settlement fund, a proposed order setting forth the terms of the qualified settlement fund, as outlined in the filed motion, should be emailed to the Court's proposed document e-mail address: DRHpd@ilsd.uscourts.gov. Please DO NOT directly electronically file proposed orders. When emailing proposed orders to chambers, please include the case name and number in the subject line.

**IT IS SO ORDERED.**

Signed this 3rd day of October, 2014.

Digitally signed by David R. Herndon
Date: 2014.10.03 15:48:58 -05'00'

**United States District Judge**