**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE PRADAXA | ) | **MDL No. 2385** |
| (DABIGATRAN ETEXILATE) | ) | **3:12-md-02385-DRH-SCW** |
| PRODUCTS LIABILITY | ) | **Judge David R. Herndon** |
| LITIGATION | ) | |

**This Document Relates to:**

    Cases Listed in Exhibit 1

**STIPULATION OF DISMISSAL WITH PREJUDICE OF SETTLED ACTIONS**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the procedures established by Case Management Order Number 90 (MDL 2385 Doc. [614]), the member actions listed in Exhibit 1 (attached hereto) have been settled and the parties have stipulated to dismissal with prejudice of the same.

    Respectfully submitted this the 23rd day of January, 2015.

                */s/ Eric E. Hudson*
                Eric E. Hudson (TN #022851)
                BUTLER SNOW LLP
                6075 Poplar Avenue, Suite 500
                Memphis, TN 38119
                Phone: (901) 680-7200
                Fax: (901) 680-7201
                eric.hudson@butlersnow.com

                Dan H. Ball (#6192613)
                BRYAN CAVE LLP
                211 North Broadway, Suite 3600
                St. Louis, MO 63102-2750
                Phone:  (314) 259-2000
                Fax:  (314) 259-2020
                dhball@bryancave.com

Paul W. Schmidt (DC #472486)

COVINGTON & BURLING LLP

1201 Pennsylvania Avenue NW

Washington, D.C. 20004

Phone: (202) 662-6000

Fax: (202) 662-6291

pschmidt@cov.com

Attorneys for Defendant Boehringer Ingelheim
Pharmaceuticals, Inc.


*/s/ Beth S. Rose (by EEH with permission)*

Beth S. Rose (NJ #028491987)

SILLS CUMMIS & GROSS, P.C.

One Riverfront Plaza

Newark, NJ 07102

Phone: (973) 643-5877

Fax: (973) 643-6500

brose@sillscummis.com

Attorney for Defendant Boehringer Ingelheim
International GmbH

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's ECF System and served electronically upon counsel of record via the Court's CM/ECF Filing System this the 23rd day of January, 2015.

/s/ *Eric E. Hudson*
Eric E. Hudson