## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA® (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | )  )  3:12-MD-02385-DRH-SCW  )  )  MDL No. 2385  ) |

This Document Relates to:

All Cases

### THE PSC'S MOTION TO AUTHORIZE COMMON BENEFIT EXPENSES

Pursuant to CMO 16 and CMO 82, the PSC makes application for payment of the following Shared Costs, to be paid directly from the Pradaxa Common Benefit Expenses account. The expenses were incurred for the benefit of all claimants participating in the Pradaxa Voluntary Settlement Program. Specifically, these expenses were incurred for settlement disbursement and lien resolution procedures and processes. Payment of these expenses has been approved by Co-Lead Counsel.

Providio Invoice # P0010068 (payable to Providio MediSolutions, LLC)

Providio Invoice # P0010080 (payable to Providio Lien Counsel, LLC)

Providio Invoice # P0010429 (payable to Providio Lien Counsel, LLC)

The invoices will be produced *in camera* for the Court's review.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

By: /s/ Mark R. Niemeyer
Mark R. Niemeyer
NIEMEYER, GREBEL & KRUSE, LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com

Steven D. Davis
TOR HOERMAN LAW, LLC
101 W. Vandalia St., Suite 350
Edwardsville, IL 62025
618-656-4401
sdavis@torhoermanlaw.com

**PLAINTIFFS' CO-LIAISON COUNSEL**

Roger C. Denton
SCHLICHTER, BOGARD & DENTON, LLP
100 S. Fourth St., Suite 900
St. Louis, MO 63102
314-621-6115
rdenton@uselaws.com

Tor Hoerman
TOR HOERMAN LAW, LLC
101 W. Vandalia St., Suite 350
Edwardsville, IL 62025
618-656-4401
thoerman@torhoermanlaw.com

Seth A. Katz
BURG SIMPSON ELDREDGE HERSH JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
skatz@burgsimpson.com

Michael London
DOUGLAS & LONDON
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
mlondon@douglasandlondon.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Bldg. 3
Suite 100
San Antonio, TX 78257
210-447-0500
mwatts@wgclawfirm.com

**PLAINTIFFS' CO-LEAD COUNSEL**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served by way of the Court's CM/ECF system, on the 28th day of January, 2015, upon the following Defendants' Counsel, who is charged with coordinating service for all other Defendant counsel of record:

DEFENDANTS' LIAISON COUNSEL

Dan H. Ball, #6192613
Molly M. Jones, #6281884
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
dhball@bryancave.com

LEAD COUNSEL

Paul W. Schmidt
Michael X. Imbroscio
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Eric E. Hudson (TN #022851)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187-1443
901-680-7309
eric.hudson@butlersnow.com

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

Beth S. Rose
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, NJ 07102
973-643-5877
973-643-6500 (fax)
brose@sillscummis.com

*Attorney for Defendants Boehringer Ingelheim International GmbH, Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim GmBH, and Bidachem S.p.A.*

                                            /s/ Mark R. Niemeyer