## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  PRADAXA® (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-MD-02385-DRH-SCW<br><br>MDL No. 2385 |

This Document Relates to:

All Cases

---

### CASE MANAGEMENT ORDER NUMBER 92
Granting Motion to Authorize Common Benefit Expenses

---

Having considered the PSC application for payment of Shared Costs (Doc. 623), the Court orders payment of the submitted invoices (listed below) to be paid directly from the Pradaxa Common Benefit Expenses account.

Providio Invoice # P0010068 (payable to Providio MediSolutions, LLC)

Providio Invoice # P0010080 (payable to Providio Lien Counsel, LLC)

Providio Invoice # P0010429 (payable to Providio Lien Counsel, LLC)

**IT IS SO ORDERED.**


**Date:  January 29, 2015**

Digitally signed by
David R. Herndon
Date: 2015.01.29
12:33:15 -06'00'

**District Judge**
**United States District Court**

1