UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| **IN RE PRADAXA** | ) | **MDL No. 2385** |
| **(DABIGATRAN ETEXILATE)** | ) | **3:12-md-02385-DRH-SCW** |
| **PRODUCTS LIABILITY** | ) | **Judge David R. Herndon** |
| **LITIGATION** | ) | |

_____

**This Document Relates to:**
   All Cases

### AMENDMENT TO CASE MANAGEMENT ORDER NO. 90
#### Stipulations of Dismissal
#### for Matters Settled Under the
#### Pradaxa Product Liability Litigation Master Settlement Agreement

CMO 90, entered January 9, 2015, sets forth the terms for dismissing cases settled pursuant to the Master Settlement Agreement ("MSA"). CMO 90 provides that it may be amended for any unique or unforeseen circumstances, and the parties have notified the Court that, although the majority of settled cases have been paid from the settlement fund and have been or are being dismissed pursuant to CMO 90, lien resolution efforts are ongoing with approximately 200 cases and the parties do not expect that those cases will be submitted for dismissal before the April 23, 2015 deadline established under Section 6 in Paragraph 90. Accordingly, for good cause shown and to facilitate the continued implementation of the MSA and the dismissal process under CMO 90, the Court

hereby amends CMO 90 as follows:

- **May/June 2015**

    - Notice of Settlement Documents for cases that remain pending following the April 23, 2015 submission (as set forth in Section 6 of CMO 90) shall be filed on or before May 29, 2015.

    - Plaintiffs identified in the May 29, 2015 Notice of Settlement Documents who intend to object must file a Motion Objecting to the Notice of Settlement on or before June 5, 2015.

    - The Court will begin the process of closing cases, terminating plaintiffs and entering judgment on June 12, 2015.

In the event the May 29, 2015 Notice of Settlement Documents will not complete the process of dismissing the pending, settled cases, the parties shall notify the Court of any remaining cases and the expected timeline for lien resolution and dismissal of those cases.

Except as expressly modified herein, the remaining provision of CMO 90 remain in full force and effect.

**SO ORDERED.**

Date: April 13, 2015

Digitally signed by David R. Herndon
Date: 2015.04.13 13:01:19 -05'00'

**District Judge**
**United States District Court**