UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

**This Document Relates to:**
   All Cases


### SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 90
### Stipulations of Dismissal
### for Matters Settled Under the
### Pradaxa Product Liability Litigation Master Settlement Agreement

CMO 90, entered January 9, 2015, sets forth the terms for dismissing cases settled pursuant to the Master Settlement Agreement ("MSA"). On April 13, 2015, this Court amended CMO 90 to provide additional time (through May/June 2015) for the parties to facilitate the continued implementation of the MSA and the dismissal process under CMO 90. [642] Since then, the parties notified the Court that, although the majority of settled cases have been paid from the settlement fund and have been or are being dismissed pursuant to CMO 90, lien resolution efforts are ongoing with approximately 100 cases and the parties do not expect that those cases will be submitted for dismissal before the May 29, 2015 deadline established in Amended CMO 90. Accordingly, for good cause shown and to facilitate the continued implementation of the MSA and the

dismissal process under CMO 90, the Court hereby further amends CMO 90 as follows:

- **August/September 2015**

    o Notice of Settlement Documents for cases that remain pending following the May 29, 2015 submission (as set forth in first Amended CMO 90) shall be filed on or before August 27, 2015.

    o Plaintiffs identified in the August 27, 2015 Notice of Settlement Documents who intend to object must file a Motion Objecting to the Notice of Settlement on or before September 3, 2015.

    o The Court will begin the process of closing cases, terminating plaintiffs and entering judgment on September 10, 2015.

Except as expressly modified herein, the remaining provisions of CMO 90 remain in full force and effect.

**SO ORDERED.**

**Date: May 20, 2015**

Digitally signed by David R. Herndon
Date: 2015.05.20 12:07:27 -05'00'

**United States District Court**