**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

This Document Relates to:
        All Cases

**THIRD AMENDMENT TO CASE MANAGEMENT ORDER NO. 90**
**Stipulations of Dismissal**
**for Matters Settled Under the**
**Pradaxa Product Liability Litigation Master Settlement Agreement**

CMO 90, entered January 9, 2015, sets forth the terms for dismissing cases settled pursuant to the Master Settlement Agreement ("MSA"). This Court amended CMO 90 on April 13 and May 21, 2015 to provide additional time for the parties to facilitate the continued implementation of the MSA and the dismissal process under CMO 90. [642 and 671] Since then, the parties notified the Court that, although the majority of settled cases have been paid from the settlement fund and have been or are being dismissed pursuant to CMO 90, lien resolution efforts are ongoing with less than 100 cases and the parties do not expect that those cases will be submitted for dismissal before the August 27, 2015 deadline established in the Second Amendment to CMO 90. Accordingly, for good cause shown and to facilitate the continued implementation of the MSA and the

dismissal process under CMO 90, the Court hereby further amends CMO 90 as follows:

- **December 2015**

    o   Notice of Settlement Documents for cases that remain pending following the August 27, 2015 submission (as set forth in Second Amendment to CMO 90) shall be filed on or before December 15, 2015.

    o   Plaintiffs identified in the December 15, 2015 Notice of Settlement Documents who intend to object must file a Motion Objecting to the Notice of Settlement on or before December 22, 2015.

    o   The Court will begin the process of closing cases, terminating plaintiffs and entering judgment on or after December 28, 2015.

Except as expressly modified herein, the remaining provisions of CMO 90 remain in full force and effect.

**SO ORDERED.**

**Date: 8/27/2015**

Digitally signed by
David R. Herndon
Date: 2015.08.27
12:14:40 -05'00'

**United States District Court**