UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

―――――――――――――――――――――――――――――――――――――
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

―――――――――――――――――――――――――――――――――――――

**This Document Relates to:**
  All Cases

# ORDER ADOPTING
## SPECIAL MASTER'S REPORT AND RECOMMENDATION

On September 1, 2015, the Court docketed the Special Master's Report and Recommendation Regarding the Distribution of Case Management Order Number 88 Reserve Funds (Doc. 685). Any claimants having objections to the Special Master's Report and Recommendation were required to file their objections in the Master Docket on or before Tuesday September 15, 2015. To date, no objections have been filed with the Court. Having considered the Special Master's Report and Recommendation, the lack of objection to the same, as well as relevant case management orders and the Pradaxa Product Liability Master Settlement Agreement, the Court **ORDERS** as follows:

The Special Master's Report and Recommendation is adopted by the Court. The Special Master may proceed with distributing funds from the reserve in the total amount of $607,500.00 to the 19 claimants referenced in the Report and

Recommendation. However, the funds shall not be distributed unless and until all liens, claims or interests held or asserted by third parties have been resolved.

With regard to the remaining reserve funds ($2,707,938.81) and the surplus of funds heretofore withheld for the payment of common benefit expenses (approximately $2.5M) (collectively, "Remaining Funds"), the Court DIRECTS the Special Master to provide the Court with a separate Report and Recommendation. Upon reviewing the Special Master's Report and Recommendation, the Court will issue a separate order addressing distribution of Remaining Funds.

**SO ORDERED.**

Date: September 16, 2015

Digitally signed by David R. Herndon
Date: 2015.09.16 11:11:24 -05'00'

**United States District Court**