UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
IN RE: PRADAXA (DABIGATRAN      )          3:12-md-02385-DRH-SCW
ETEXILATE) PRODUCTS LIABILITY  )          MDL No. 2385
LITIGATION                                        )
_____)          Judge David R. Herndon

This Document Relates to: All Cases

## ORDER TO SHOW CAUSE

### Pradaxa Lien Resolution
### Regarding Payments to Certain Medicaid Lien Holders

This matter comes before the Court for case management concerning activities of the parties and the Lien Resolution Administrator, Providio Medisolutions Inc.  The payout to certain individual plaintiffs has been delayed due to the nonresponsiveness, and/or non-cooperation of certain Medicaid lienholders and/or their recovery contractors.  In light of these continued, unreasonable delays, the Court hereby **ORDERS** the Texas Medicaid Healthcare Partnership (TMHP) to show cause why the audited lien amounts should not be accepted.  TMHP has submitted claims for reimbursement but not accepted the Lien Resolution Administrator's offer or counter offer for resolution.

The Court, after considering the reports of the Lien Resolution Administrator, the respective parties, and being so advised, upon failure of TMHP to respond to this Order within 30 days of its issuance, **ORDERS** the Lien Resolution Administrator to issue payments as outlined below to TMHP based

upon the conclusion that such reimbursement values are equitable given the entirety of the circumstances of this matter, as it relates to the claimants listed in the attached Exhibit A.

**IT IS SO ORDERED.**

DATED:   April 14, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.14 10:28:11 -05'00'

**United States District Court**