UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------

| | |
|---|---|
| IN RE PRADAXA<br>(DABIGATRAN ETEXILATE)<br>PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH-SCW<br><br>MDL No. 2385 |

-------------------------------------------------------------

**This Document Relates to:**

## ORDER TO SHOW CAUSE

### Pradaxa Lien Resolution – Wilma Cowman

This matter is before the Court for case management concerning the activities of the parties and the Lien Resolution Administrator, Providio Medisolutions Inc. The lien resolution for claimant Wilma Cowman has been delayed due to the non-cooperation of The Union Pacific Railroad Employees Retirement Healthplan (UPHealth). In light of these continued and unreasonable delays, the Court hereby ORDERS UPHealth to show cause why the lien should not be reduced consistent with 42 CFR 411.37. UPHealth is a Medicare Part C plan and therefore is subject to the same rights and responsibilities as Medicare. Under the aforementioned regulation, Medicare and Part C plans are obligated to reduce liens by a pro rata share of attorney's fees. UPHealth has refused to accept $987.37 which represents a 40% reduction of their $1645.62 interest.

The Court, after considering the reports of the Lien Resolution Administrator and the respective parties, upon the failure of UPHealth to respond to this order within 30 days of its issuance, **ORDERS** the Lien Resolution Administrator to issue payments as outlined above to UPHealth based upon the conclusion that the reimbursement value is consistent with applicable federal law.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.06.28 10:20:58 -05'00'

**United States District Judge**