# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | 3:12-md-02385-DRH<br>MDL No. 2385<br><br>ORDER RECOMMENDING TERMINATION OF MULTIDISTRICT LITIGATION KNOWN AS "IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION |

**Judge David R. Herndon**

In May 2012, the Judicial Panel on Multidistrict Litigation ("JPML") assigned these cases to this Court.

In May 2014, this Court aided in reaching a global settlement of this litigation and the JPML issued an order suspending Panel Rule 7.1(a) and the transfer of further tag along actions to MDL 2385. Since then, the Court has disbanded the Plaintiffs' Steering Committee tasked with assisting in the efficient running of this litigation, (Doc. 668) and has disbursed almost all monies from the Qualified Settlement Fund, pending disbursements to a number of lienholders and claimants. (Doc. 713).

As it stands currently, the Court only has a handful of cases presently pending regarding the types of product liability claims consolidated in the Pradaxa MDL, e.g., one local case, one case in mediation, etc. Accordingly, this

Court is able to manage the remaining caseload without the aid of the MDL structure.

This Court recommends the JPML terminate this multidistrict litigation proceeding and the Clerk of Court close this matter, subject to this Court's continuing jurisdiction to enforce its Orders, handle any matters related to the final distributions of the global settlement, or address any other miscellaneous issues necessary to complete the administration of these cases.

**IT IS SO ORDERED.**

Digitally signed by Judge David R. Herndon
Date: 2017.09.06 12:01:05 -05'00'

**United States District Judge**