# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | 3:12-md-02385-DRH<br>MDL No. 2385<br><br>ORDER RECOMMENDING TERMINATION OF MULTIDISTRICT LITIGATION KNOWN AS "IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION |

**Judge David R. Herndon**

## Order Recommending Termination of Multidistrict Litigation

On September 8, 2017, this Court entered an Order recommending termination of the multidistrict litigation known as In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation. The Court did so due to the wrapping up of business in this MDL. In May 2014, the Court aided in reaching a global settlement of this litigation and the Judicial Panel on Multidistrict Litigation ("JPML") issued an order suspending Panel Rule 7.1(a) and the transfer of further tag along actions to MDL 2385. Additionally, the Court had disbanded the Plaintiffs' Steering Committee tasked with assisting in the efficient running of this litigation, (Doc. 668) and had disbursed almost all monies from the Qualified Settlement Fund, pending disbursements to a number of lienholders and claimants. (Doc. 713).

At that time however, the JPML was unable to close the matter due to two pending cases in the U.S. District Court for the Southern District of Illinois, *Broekman et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al*, No. 14-cv-60037-DRH and *Barbaree et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al*, No. 3:15-px-00993-DRH. Since then, *Broekman* has been closed via notice of voluntary dismissal on December 7, 2017, and *Barbaree* has been terminated via Motion to Dismiss on December 5, 2017. Accordingly, this MDL is now ready to be closed.

This Court recommends the JPML terminate this multidistrict litigation proceeding and the Clerk of Court close this matter, subject to this Court's continuing jurisdiction to enforce its Orders, handle any matters related to the final distributions of the global settlement, or address any other miscellaneous issues necessary to complete the administration of these cases.

**IT IS SO ORDERED.**

Judge Herndon
2017.12.11
16:07:44 -06'00'

United States District Judge